IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDER SKOURES, et al., | : | CIVIL ACTION |
|     Plaintiffs | : | |
| | : | |
| vs. | : | NO. 14-2850 |
| | : | |
| STATE FARM FIRE AND | : | |
| CASUALTY COMPANY, | : | |
|     Defendant | : | |

## O R D E R

**AND NOW**, this 21st day of August, 2014, after a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that:

1. All discovery shall be completed by **Friday, November 21, 2014**.

2. A telephone status conference will be conducted from the Reading chambers on **Friday, November 14, 2014 at 9:30 a.m.** Counsel for the plaintiff shall initiate the call, and include the law clerk at 267-299-7764.

                                      BY THE COURT:

                                      /s/ Lawrence F. Stengel
                                    LAWRENCE F. STENGEL, J.